# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TYUS BOWSER | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-2384 |
| | ) | |
| NATIONAL FOOTBALL LEAGUE | ) | |
| PLAYERS ASSOCIATION and | ) | |
| ANDREW MORRIS, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**INDEX OF MATTERS BEING FILED**

Pursuant to Local Rule 81, Defendant National Football League Players Association (the "NFLPA") and Defendant Andrew Morris submit the following Index of Matters Being Filed attached to the Defendants' Notice of Removal.

1.      Notice of Removal

2.      **Exhibit A** – Index of Matters Being Filed

3.      **Exhibit B** – All executed process in this case, including the Executed Citation for the NFLPA and the Request for Issuance of Service for the NFLPA

4.      **Exhibit C** – All pleadings asserting causes of action, including Plaintiff's original petition

5.      **Exhibit D** – The docket sheet from the state court action

6.      **Exhibit E** – A list of all Counsel of Record, including addresses, telephone numbers, and parties represented

7.      **Exhibit F** – Civil Cover Sheet

Dated: March 25, 2026     Respectfully Submitted,

           By:  */s/ Madison K. Haueisen*
                Madison K. Haueisen
                Tex. Bar No. 24115369
                S.D. Tex. Fed No. 3805469
                WINSTON & STRAWN LLP
                800 Capitol St., Suite 2400
                Houston, TX 77002-2925
                Tel: (713) 651-2600
                Fax: (713) 651-2700
                mhaueisen@winston.com

                *Attorney-in-Charge for Defendants*
                *National Football League Players*
                *Association and Andrew Morris*

Of Counsel:

Jeffrey L. Kessler (*pro hac vice forthcoming*)
David L. Greenspan (*pro hac vice forthcoming*)
Adam I. Dale *(pro hac vice forthcoming)*
Gabriela B. Wolk *(pro hac vice forthcoming)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com
gwolk@winston.com

Hannah M. Shankman (*pro hac vice forthcoming*)
WINSTON & STRAWN LLP
1901 L St NW
Washington, DC 20036-3506
Tel: (202) 282-5000
Fax: (202) 282-5100
hshankman@winston.com

*Attorneys for Defendants National Football*
*League Players Association and Andrew*
*Morris*

## **Certificate of Service**

I certify that on March 25, 2026, I served upon all counsel of record a true and correct copy of Defendants National Football League Players Association and Andrew Morris's notice of removal, along with the supporting documents and index, by filing them with the Court's CM/ECF system, by sending paper copies via first-class mail to all counsel identified below, and by sending courtesy copies via electronic mail.

T. Mich Dortch
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-393-1212
Facsimile: 888-653-3299
Email: Micah@dll-law.com

Christopher D. Lindstrom
Dortch Lindstrom Livingston Law Group
4306 Yoakum Blvd., Suite 270
Houston, Texas 77006
Telephone: 713-968-0060
Facsimile: 888-653-3299
Email: Chris@dll-law.com

*/s/ Madison K. Haueisen*
Madison K. Haueisen