# Exhibit A



# COLLECTIVE BARGAINING
# AGREEMENT

—

MARCH 15, 2020



NFLPA

# TABLE OF CONTENTS

**PREAMBLE** ............................................................................................................ xvi

**ARTICLE 1 DEFINITIONS** ................................................................. 1

**ARTICLE 2 GOVERNING AGREEMENT** ........................................5
Section 1. Conflicts ..............................................................................5
Section 2. Implementation ...................................................................5
Section 3. Management Rights ..............................................................5
Section 4. Scope of Agreement ............................................................5
Section 5. Rounding..............................................................................5

**ARTICLE 3 NO STRIKE/LOCKOUT/SUIT** ....................................7
Section 1. No Strike/Lockout ...............................................................7
Section 2. No Suit..................................................................................7
Section 3. Releases and Covenants Not to Sue....................................7

**ARTICLE 4 NFL PLAYER CONTRACT** ...........................................9
Section 1. Form.....................................................................................9
Section 2. Term......................................................................................9
Section 3. Changes ................................................................................9
Section 4. Conformity............................................................................9
Section 5. Notices, Prohibitions, etc...................................................10
Section 6. Commissioner Disapproval .................................................11
Section 7. NFLPA Group Licensing Program......................................11
Section 8. Good Faith Negotiation......................................................11
Section 9. Forfeiture of Salary ............................................................12
Section 10. Return of Advanced Paragraph 5 Salary...........................15

**ARTICLE 5 OPTION CLAUSES** ....................................................... 16
Section 1. Prohibition .........................................................................16

**ARTICLE 6 COLLEGE DRAFT** ......................................................... 17
Section 1. Time of Draft ......................................................................17
Section 2. Number of Choices and Eligibility.....................................17
Section 3. Required Tender..................................................................17
Section 4. Signing of Drafted Rookies ...............................................17
Section 5. Other Professional Teams ..................................................18
Section 6. Return to College ................................................................19
Section 7. Assignment of Draft Rights.................................................19
Section 8. Subsequent Draft ................................................................19
Section 9. No Subsequent Draft ..........................................................20
Section 10. Compensatory Draft Selections ........................................20
Section 11. Undrafted Rookies.............................................................20
Section 12. Notice of Signing: .............................................................20

**ARTICLE 7 ROOKIE COMPENSATION AND ROOKIE
COMPENSATION POOL**......................................................................... 21

Section 1. Definitions.................................................................................21
Section 2. Operation ..............................................................................24
Section 3. Rookie Contracts......................................................................27
Section 4. Proven Performance Escalator .....................................................34
Section 5. Additional Terms ....................................................................37
Section 6. Performance Incentives ............................................................39
Section 7. Fifth-Year Option for First Round Selections.................................40
Section 8. Salary Cap Treatment ..............................................................45
Section 9. Rookie Redistribution Fund .......................................................45

**ARTICLE 8 VETERANS WITH FEWER THAN THREE ACCRUED SEASONS** .......................................................................................... **47**
Section 1. Accrued Seasons Calculation.......................................................47
Section 2. Negotiating Rights of Players with Fewer Than Three Accrued Seasons ....47

**ARTICLE 9 VETERAN FREE AGENCY** ........................................................ **48**
Section 1. Unrestricted Free Agents ...........................................................48
Section 2. Restricted Free Agents ..............................................................49
Section 3. Offer Sheet and Right of First Refusal Procedures .........................53
Section 4. Expedited Arbitration................................................................56
Section 5. Individually Negotiated Limitations on Player Movement..................56
Section 6. Notices, Etc. ............................................................................57

**ARTICLE 10 FRANCHISE AND TRANSITION PLAYERS**............................. **58**
Section 1. Franchise Player Designations .....................................................58
Section 2. Required Tender for Franchise Players...........................................58
Section 3. Transition Player Designations ....................................................60
Section 4. Required Tender for Transition Players ..........................................61
Section 5. Right of First Refusal for Transition Players ..................................62
Section 6. Lists ......................................................................................62
Section 7. Salary Information ....................................................................62
Section 8. No Assignment.........................................................................62
Section 9. Franchise Player Designation Period ............................................63
Section 10. Transition Player Designation Period...........................................63
Section 11. Other Terms ..........................................................................64
Section 12. Compensatory Draft Selection...................................................64
Section 13. Offer Sheets for Non-Exclusive Franchise and Transition Players ............64
Section 14. Signing Period for Transition Players ..........................................64
Section 15. Signing Period for Franchise Players ...........................................65

**ARTICLE 11 TRANSITION RULES** ................................................................ **67**
Section 1. Applicability ............................................................................67
Section 2. Additional Salary Cap Room ......................................................67
Section 3. Preexisting Contract Roster Provisions .........................................67
Section 4. 2020 League Year Calendar ........................................................68

**ARTICLE 12 REVENUE ACCOUNTING AND CALCULATION OF THE SALARY CAP**..........................................................................................**69**

Section 1. All Revenues ...........................................................................................69
Section 2. Benefits ...................................................................................................84
Section 3. Accounting Reports & Projections ..........................................................86
Section 4. Stadium Credit........................................................................................91
Section 5. Joint Contribution Amount.....................................................................93
Section 6. Calculation of the Player Cost Amount and Salary Cap..........................94
Section 7. [Omitted] ..............................................................................................100
Section 8. Guaranteed League-Wide Cash Spending ..............................................100
Section 9. Minimum Team Cash Spending .............................................................100
Section 10. Additional AR Accounting Rules .........................................................101

**ARTICLE 13 SALARY CAP ACCOUNTING RULES........................................106**
Section 1. Calculation of the Salary Cap ...............................................................106
Section 2. Application of the Salary Cap................................................................106
Section 3. Calculation of Salary and Team Salary .................................................106
Section 4. Definition of "Salary"............................................................................106
Section 5. Computation of Team Salary .................................................................106
Section 6. Valuation of Player Contracts ...............................................................108
Section 7. 30% Rules..............................................................................................124
Section 8. Renegotiations and Extensions..............................................................125

**ARTICLE 14 ENFORCEMENT OF THE SALARY CAP AND ROOKIE
COMPENSATION POOL........................................................................................127**
Section 1. Undisclosed Terms ................................................................................127
Section 2. Circumvention .......................................................................................127
Section 3. System Arbitrator Proceeding................................................................127
Section 4. Commissioner Disapproval ....................................................................127
Section 5. System Arbitrator Review ......................................................................127
Section 6. Sanctions................................................................................................128
Section 7. Revenue Circumvention.........................................................................129
Section 8. NFL Audit Rights ..................................................................................129
Section 9. Prior Consultation .................................................................................129

**ARTICLE 15 SYSTEM ARBITRATOR..................................................................130**
Section 1. Appointment..........................................................................................130
Section 2. Scope of Authority.................................................................................130
Section 3. Discovery................................................................................................130
Section 4. Compensation.........................................................................................131
Section 5. Procedures..............................................................................................131
Section 6. Selection of System Arbitrator ..............................................................131
Section 7. Selection of Appeals Panel.....................................................................132
Section 8. Procedure for Appeals............................................................................132
Section 9. Decision.................................................................................................133
Section 10. Confidentiality .....................................................................................133

**ARTICLE 16 IMPARTIAL ARBITRATOR .............................................................134**
Section 1. Selection.................................................................................................134

Section 2. Scope of Authority........................................................................134
Section 3. Effect of Rulings .........................................................................134
Section 4. Discovery.....................................................................................134
Section 5. Compensation of Impartial Arbitrator.........................................134
Section 6. Procedures...................................................................................134
Section 7. Selection of Impartial Arbitrator.................................................134

**ARTICLE 17 ANTI-COLLUSION** .................................................................**136**
Section 1. Prohibited Conduct .....................................................................136
Section 2. Other Club Conduct....................................................................136
Section 3. Club Discretion ...........................................................................136
Section 4. League Disclosures ......................................................................136
Section 5. Enforcement of Anti-Collusion Provisions ..................................137
Section 6. Burden of Proof ..........................................................................137
Section 7. Summary Judgment......................................................................137
Section 8. Remedies .....................................................................................137
Section 9. Computation of Damages.............................................................138
Section 10. Player Election............................................................................139
Section 11. Payment of Damages..................................................................139
Section 12. Effect on Cap Computations .....................................................139
Section 13. Effect of Salary Cap...................................................................139
Section 14. No Reimbursement ....................................................................139
Section 15. Costs ..........................................................................................140
Section 16. Termination ...............................................................................140
Section 17. Time Limits................................................................................140
Section 18. Prior Conference........................................................................140

**ARTICLE 18 CERTIFICATIONS**....................................................................**141**
Section 1. Contract Certification ..................................................................141
Section 2. End of League Year Certification..................................................141
Section 3. False Certification ........................................................................142

**ARTICLE 19 CONSULTATION AND INFORMATION SHARING**..............**143**
Section 1. Salary Summaries.........................................................................143
Section 2. Consultation and Communications..............................................143
Section 3. Notice of Invalid Contract...........................................................143
Section 4. Copies .........................................................................................143

**ARTICLE 20 OTHER PROVISIONS**...............................................................**144**
Section 1. CFL Rule .....................................................................................144
Section 2. Physically Unable to Perform.......................................................144
Section 3. Nonfootball Injury.......................................................................144
Section 4. Roster Exemption.........................................................................144
Section 5. Other Professional Leagues...........................................................145

**ARTICLE 21 OFFSEASON WORKOUTS**........................................................**146**
Section 1. Voluntary Workouts .....................................................................146
Section 2. Time Periods................................................................................146

Section 3. Payment ...................................................................................................149
Section 4. Injuries ....................................................................................................150
Section 5. Miscellaneous...........................................................................................150
Section 6. Pre-Training Camp Period........................................................................151
Section 7. Rookie Premiere.......................................................................................151
Section 8. Enforcement.............................................................................................151
Section 9. Offseason Participation Contract .............................................................154

**ARTICLE 22 MINICAMPS** ..........................................................................................**155**
Section 1. Number ...................................................................................................155
Section 2. Mandatory Veteran Minicamp .................................................................155
Section 3. Voluntary Veteran Minicamp ...................................................................156
Section 4. Expenses...................................................................................................156
Section 5. Contact.....................................................................................................156
Section 6. Injuries ....................................................................................................156
Section 7.  Post-Draft Rookie Minicamp...................................................................156
Section 8. Rookie Football Development Programs....................................................158
Section 9. Films........................................................................................................159
Section 10. Enforcement...........................................................................................159
Section 11. Participation Agreement .........................................................................159

**ARTICLE 23  PRESEASON TRAINING CAMPS** .............................................**160**
Section 1. Definition ................................................................................................160
Section 2. Room and Board ......................................................................................160
Section 3. First-year Player Per Diem........................................................................160
Section 4. Veteran Per Diem .....................................................................................160
Section 5. Reporting..................................................................................................160
Section 6. Five-Day On-Field Acclimation Period......................................................161
Section 7. Conduct of Practices.................................................................................161
Section 8. Number of Preseason Games ....................................................................166
Section 9. Expenses...................................................................................................166
Section 10. Definition of "Preseason Training Camp"................................................166
Section 11. Films.......................................................................................................167
Section 12. Enforcement...........................................................................................167

**ARTICLE 24 REGULAR SEASON AND POSTSEASON PRACTICES** ..........**168**
Section 1. Practice Rules...........................................................................................168
Section 2. Bye Weeks ................................................................................................168
Section 3. Enforcement.............................................................................................169
Section 4. Films........................................................................................................169

**ARTICLE 25 SQUAD SIZE** .........................................................................................**170**
Section 1. Active List ................................................................................................170
Section 2. Pre-Season................................................................................................170
Section 3. Inactive List..............................................................................................170
Section 4. Active and Inactive List Limit...................................................................170

**ARTICLE 26 SALARIES** ..............................................................................................**171**

Section 1. Minimum Salaries................................................................171
Section 2. Credited Season.................................................................173
Section 3. Other Compensation..........................................................173
Section 4. Arbitration.........................................................................173
Section 5. Payment.............................................................................173
Section 6. Deferred Paragraph 5.........................................................176
Section 7. Copies of Contracts...........................................................176
Section 8. Split Contracts...................................................................177
Section 9. Funding of Deferred and Guaranteed Contracts................177

**ARTICLE 27 VETERAN SALARY BENEFIT....................................178**
Section 1. Qualifying Players..............................................................178
Section 2. Qualifying Contracts..........................................................178
Section 3. Additional Compensation Rules.........................................178
Section 4. Payments............................................................................179
Section 5. Reduced Salary Cap Count for Qualifying Contracts..........179
Section 6. Player Benefit Calculation for Qualifying Contracts............179
Section 7. Four-Year Player Qualifying Contract................................179
Section 8. Reduced Salary Cap Count for Four-Year Player Qualifying Contracts.....180
Section 9. Player Benefit Calculation for Four-Year Player Qualifying Contracts......181
Section 10. Renegotiations and Extensions of Qualifying Contracts...........181
Section 11. Renegotiations and Extensions of Four-Year Player Qualifying
Contracts..........................................................................................181
Section 12. Terminated Qualifying Players..........................................181
Section 13. Players Moving to New Club.............................................181
Section 14. Player Returning to Old Club............................................181
Section 15. Players with Expired Contract...........................................182
Section 16. Guarantees.......................................................................182
Section 17. Termination Pay...............................................................182
Section 18. No Benefit for Non-Qualifying Contracts or Non-Qualifying
Four-Year Player Contacts.................................................................183

**ARTICLE 28 PERFORMANCE-BASED POOL..................................184**
Section 1. Creation of Fund................................................................184
Section 2. Amount of Fund.................................................................184
Section 3. Mandatory Distribution Each Year.....................................184
Section 4. Qualifying Players..............................................................184
Section 5. Methodology......................................................................184
Section 6. Corrections.........................................................................185

**ARTICLE 29 WAIVERS......................................................................186**
Section 1. Release...............................................................................186
Section 2. Contact...............................................................................186
Section 3. Ineligibility.........................................................................186
Section 4. Notice of Termination........................................................186
Section 5. NFLPA's Right to Personnel Information............................186
Section 6. Rosters...............................................................................187

Section 7. Procedural Recall Waivers .................................................................187

**ARTICLE 30 TERMINATION PAY**................................................................**188**
Section 1. Eligibility................................................................................................188
Section 2. Regular Season Signings .....................................................................188
Section 3. Ineligibility For Termination Pay......................................................189

**ARTICLE 31 ADDITIONAL REGULAR SEASON GAMES** ...........................**191**

**ARTICLE 32 EXPANSION** .................................................................................**192**
Section 1. Veteran Allocation ..............................................................................192
Section 2. Additional Compensatory Picks........................................................192
Section 3. Rookie Compensation Pool Adjustment..........................................192
Section 4. Relocation Bonus .................................................................................192
Section 5. Regular Season Games Played Outside of the United States ......192

**ARTICLE 33 PRACTICE SQUADS** .................................................................**194**
Section 1. Practice Squads......................................................................................194
Section 2. Signing With Other Clubs...................................................................195
Section 3. Salary ......................................................................................................196
Section 4. Eligibility................................................................................................196
Section 5. Standard Elevation Addendum ..........................................................196
Section 6. Active List (Other Clubs).....................................................................199
Section 7. Standard Contagious Disease Addendum ........................................199
Section 8. Housing ..................................................................................................201

**ARTICLE 34 MEAL ALLOWANCE** ................................................................ **202**
Section 1. Reimbursement......................................................................................202
Section 2. Travel Day..............................................................................................202

**ARTICLE 35 DAYS OFF** .................................................................................... **203**
Section 1. Preseason................................................................................................203
Section 2. Regular Season and Postseason ........................................................204
Section 3. Requirements .........................................................................................204
Section 4. Regular Season Bye Weeks .................................................................204

**ARTICLE 36 MOVING AND TRAVEL EXPENSES**...................................... **205**
Section 1. Qualification...........................................................................................205
Section 2. Moving Expenses...................................................................................205
Section 3. Travel Expenses ....................................................................................205
Section 4. Transportation.......................................................................................206

**ARTICLE 37 POSTSEASON PAY** .................................................................... **207**
Section 1. System.....................................................................................................207
Section 2. Compensation........................................................................................207
Section 3. Wild Card Game; Division Play-off Game .....................................207
Section 4. Conference Championship; Super Bowl Game...............................207
Section 5. Payment .................................................................................................208

**ARTICLE 38 PRO BOWL GAME** .................................................................... **209**

Section 1. Compensation..........................................................................209
Section 2. Selection...............................................................................209
Section 3. Spouses ...............................................................................209
Section 4. Injury..................................................................................209
Section 5. Payment ..............................................................................211
Section 6. Applicability .........................................................................211

**ARTICLE 39 PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT**....................................................................................**213**
Section 1.  Club Physician.......................................................................213
Section 2.  Club Athletic Trainers.............................................................214
Section 3.  NFLPA Medical Director.........................................................215
Section 4.  Emergency Action Plan ...........................................................215
Section 5.  Accountability and Care Committee...........................................217
Section 6.  Player's Right to a Second Medical Opinion .................................219
Section 7.  Player's Right to a Surgeon of His Choice....................................219
Section 8.  Standard Minimum Preseason Physical........................................219
Section 9.  Substance Abuse and Performance-Enhancing Substances.................220
Section 10. Club Visiting Team Locker Rooms..............................................220
Section 11. Field Surface Safety & Performance Committee .............................220
Section 12. Joint Engineering and Equipment Safety Committee ......................221
Section 13. Sleep Studies ......................................................................222
Section 14. Club-Wide Biospecimen Collection ...........................................223
Section 15. DICON .............................................................................224
Section 16. NFL Head, Neck and Spine Committee's Concussion Diagnosis and Management Protocol............................................................................224
Section 17. NFL Game Concussion Protocol Enforcement..............................225
Section 18.  NFL Player Scientific & Medical Research Protocol.......................228
Section 19.  Behavioral Health Program....................................................230
Section 20.  Prescription Medication and Pain Management Program .................236
Section 21.  Remedies ..........................................................................240

**ARTICLE 40 ACCESS TO PERSONNEL AND MEDICAL RECORDS .........241**
Section 1. Personnel Records ..................................................................241
Section 2. Medical Records ....................................................................241
Section 3. Electronic Medical Record System...............................................241

**ARTICLE 41 WORKERS' COMPENSATION** .................................................. **243**
Section 1. Benefits...............................................................................243
Section 2. Rejection of Coverage .............................................................243
Section 3. Arbitration...........................................................................243
Section 4. Workers' Compensation Offset Provisions .....................................243
Section 5. Carve-Out............................................................................246
Section 6. Reservation of Rights ..............................................................246

**ARTICLE 42 CLUB DISCIPLINE**.................................................................. **247**
Section 1. Maximum Discipline................................................................247

Section 2. Published Lists.....................................................................................249
Section 3. Uniformity...........................................................................................249
Section 4. Disputes...............................................................................................249
Section 5. Deduction............................................................................................250
Section 6. NFL Policies........................................................................................250
Section 7. Cumulative Fines................................................................................250
Section 8. Effective Date......................................................................................251

**ARTICLE 43 NON-INJURY GRIEVANCE..................................................... 255**
Section 1. Definition.............................................................................................255
Section 2. Initiation..............................................................................................255
Section 3. Filing....................................................................................................255
Section 4. Ordinary and Expedited Appeal........................................................255
Section 5. Discovery and Prehearing Procedures...............................................256
Section 6. Arbitration Panel.................................................................................257
Section 7. Hearing................................................................................................257
Section 8. Arbitrator's Decision and Award........................................................258
Section 9. Time Limits..........................................................................................258
Section 10. Representation...................................................................................259
Section 11. Costs...................................................................................................259
Section 12. Payment.............................................................................................259
Section 13. Grievance Settlement Committee.....................................................259
Section 14. Standard Grievance Correspondence...............................................259

**ARTICLE 44 INJURY GRIEVANCE.................................................................261**
Section 1. Definition.............................................................................................261
Section 2. Filing....................................................................................................261
Section 3. Answer..................................................................................................261
Section 4. Neutral Physician................................................................................262
Section 5. Neutral Physician List.........................................................................263
Section 6. Appeal..................................................................................................263
Section 7. Arbitration Panel.................................................................................263
Section 8. Hearing................................................................................................264
Section 9. Expenses..............................................................................................265
Section 10. Pension Credit...................................................................................266
Section 11. Payment.............................................................................................266
Section 12. Presumption of Fitness......................................................................266
Section 13. Playoff Money....................................................................................266
Section 14. Information Exchange........................................................................267
Section 15. Discovery............................................................................................267
Section 16. Grievance Settlement Committee.....................................................267
Section 17. Settlement Agreements......................................................................267
Section 18. Standard Grievance Correspondence...............................................267

**ARTICLE 45 INJURY PROTECTION ............................................................. 268**
Section 1. Transition Rules...................................................................................268
Section 2. Qualification........................................................................................268

Section 3. Benefit..................................................................................................269
Section 4. Treatment of Injury Protection Benefit Payments..................................270
Section 5. Injury Protection Candidate List ..........................................................270
Section 6. Disputes ...............................................................................................271
Section 7. Extended Injury Protection Qualification...............................................271
Section 8. Extended Injury Protection Benefit .......................................................272
Section 9. Treatment of Extended Injury Protection Benefit Payments.....................273
Section 10. Extended Injury Protection Disputes ...................................................273
Section 11. Workers' Compensation Offset..............................................................274
Section 12. Filing ..................................................................................................275
Section 13. Costs: ..................................................................................................275

**ARTICLE 46 COMMISSIONER DISCIPLINE .................................................. 276**
Section 1. League Discipline....................................................................................276
Section 2. Hearings.................................................................................................277
Section 3. Time Limits............................................................................................278
Section 4. One Penalty............................................................................................279
Section 5. Commissioner Exempt.............................................................................279
Section 6. Fine Money ............................................................................................279
Section 7. Permitted Activities for Players Suspended Under the Personal
Conduct Policy.......................................................................................................279

**ARTICLE 47 UNION SECURITY.......................................................................... 280**
Section 1. Union Security ........................................................................................280
Section 2. Check-off................................................................................................280
Section 3. NFLPA Meetings....................................................................................280
Section 4. NFLPA Player Group Licensing Program...............................................280
Section 5. Disputes .................................................................................................281
Section 6. Procedure for Enforcement ......................................................................281
Section 7. NFLPA Responsibility ...........................................................................282
Section 8. Orientations ...........................................................................................282

**ARTICLE 48 NFLPA AGENT CERTIFICATION.......................................... 283**
Section 1. Exclusive Representation..........................................................................283
Section 2. Enforcement............................................................................................283
Section 3. Penalty....................................................................................................283

**ARTICLE 49 PLAYER SECURITY ...................................................................... 285**
Section 1. No Discrimination ..................................................................................285
Section 2. Personal Appearance ...............................................................................285

**ARTICLE 50 COMPETITION COMMITTEE ................................................. 286**
Section 1. Competition Committee ...........................................................................286

**ARTICLE 51 MISCELLANEOUS......................................................................... 287**
Section 1. Endorsements..........................................................................................287
Section 2. Player Attire ..........................................................................................287
Section 3. Appearances............................................................................................288

Section 4. Promotion ..................................................................................288
Section 5. Deduction..................................................................................288
Section 6. Public Statements......................................................................288
Section 7. Address .....................................................................................288
Section 8. NFLPA Tickets .........................................................................288
Section 9. Player Tickets............................................................................289
Section 10. Tests ........................................................................................289
Section 11. League Security........................................................................289
Section 12. Career Planning Program........................................................289
Section 13. On-Field Microphones............................................................289
Section 14. Sensors....................................................................................290
Section 15. Practice Squad Super Bowl Rings............................................294
Section 16. Prior Side Letters ....................................................................294
Section 17. Club Strength and Conditioning Coaches................................294
Section 18. Club Equipment Managers......................................................294
Section 19. Club Directors of Player Engagement.....................................295

**ARTICLE 52 PLAYER BENEFIT COSTS ........................................................ 296**
Section 1. General Right of Reduction.......................................................296
Section 2. Right of Restoration .................................................................296
Section 3. Resolution of Disputes..............................................................296
Section 4. Limitations on Contributions....................................................296
Section 5. Timing.......................................................................................297

**ARTICLE 53  RETIREMENT PLAN................................................................ 298**
Section 1. Maintenance and Definitions ....................................................298
Section 2. Contributions............................................................................298
Section 3. Pension Enhancements..............................................................298
Section 4. 2025 Increase to Pre-2012 Credited Season Credits...................299
Section 5. Vesting Requirements................................................................300
Section 6. Death Benefits...........................................................................300

**ARTICLE 54 SECOND CAREER SAVINGS PLAN..........................................301**
Section 1. Maintenance..............................................................................301
Section 2. Contributions............................................................................301
Section 3. Practice Squad Players ..............................................................302

**ARTICLE 55 PLAYER ANNUITY PROGRAM................................................ 303**
Section 1. Maintenance..............................................................................303
Section 2. Contributions............................................................................303
Section 3. Timing.......................................................................................304
Section 4. Structure ...................................................................................304
Section 5. NFL Player Annuity & Insurance Company Net Worth.............304

**ARTICLE 55A NFL PLAYER CAPITAL ACCUMULATION PLAN.............. 305**
Section 1.  Maintenance.............................................................................305
Section 2.  Contributions...........................................................................305
Section 3.  Timing......................................................................................305

Section 4.  Expenses.................................................................................305
Section 5.  Future Contributions................................................................305

**ARTICLE 56 TUITION ASSISTANCE PLAN** .................................................. **306**
Section 1.  Maintenance ...........................................................................306
Section 2.  Change in Plan Year ...............................................................306
Section 3.  Benefit....................................................................................306
Section 4.  Eligibility and Former Player Benefit........................................307
Section 5.  Reimbursement ......................................................................308
Section 6.  Administration.........................................................................308

**ARTICLE 57 88 BENEFIT** .............................................................................. **309**
Section 1. Establishment ..........................................................................309
Section 2. Benefits ...................................................................................309
Section 3. No Reduction for Parkinson's Disease......................................309
Section 4. Funding....................................................................................309
Section 5. Term.........................................................................................309

**ARTICLE 58 GROUP INSURANCE** ..................................................................**310**
Section 1. Maintenance.............................................................................310
Section 2. Extended Post-Career Medical, Vision And Dental Benefits.......312
Section 3. Limitations And Rules For Extended Insurance..........................312
Section 4. NFL Designated Hospital Network............................................312
Section 5. Administration..........................................................................313

**ARTICLE 59 SEVERANCE PAY** .......................................................................**314**
Section 1. Eligibility and Maintenance ......................................................314
Section 2. Amount.....................................................................................314
Section 3. Payment ...................................................................................314
Section 4. Second Payment ......................................................................315
Section 5. Payable to Survivor ..................................................................315
Section 6. Administration...........................................................................315
Section 7. Non-assignability......................................................................315

**ARTICLE 60 NFL PLAYER DISABILITY & NEUROCOGNITIVE**
**BENEFIT PLAN**...........................................................................................**316**
Section 1. Maintenance.............................................................................316
Section 2. Benefit Amounts .......................................................................316
Section 3. Medical Records .......................................................................316
Section 4. Social Security Disability Insurance Offset ................................316
Section 5. Whole Person Evaluation ..........................................................317
Section 6. Social Security Eligibility...........................................................317
Section 7. Line of Duty..............................................................................318
Section 8. Neurocognitive Disability Benefits.............................................318
Section 9. Treatment for Neurocognitive Disorders ....................................319
Section 10. Circuit Breaker........................................................................319

**ARTICLE 61 LONG TERM CARE INSURANCE PLAN** .............................. **320**

Section 1. Eligibility and Maintenance ..................................................320
Section 2. Benefits.................................................................................320
Section 3. Limitations ...........................................................................320
Section 4. Plan Benefits Primary ...........................................................321
Section 5. Administration.......................................................................321

**ARTICLE 62 GENE UPSHAW NFL PLAYER HEALTH
REIMBURSEMENT ACCOUNT .......................................................... 322**
Section 1. Maintenance..........................................................................322
Section 2. Contributions........................................................................322
Section 3. Health Reimbursement Accounts...........................................322
Section 4. Allocation for Certain Former Players....................................323
Section 5. Plan Operation in Post-Expiration Years................................323

**ARTICLE 63 FORMER PLAYER LIFE IMPROVEMENT PLAN ................. 324**
Section 1. Maintenance..........................................................................324
Section 2.  Joint Replacements ..............................................................324
Section 3.  Discount Prescription Drug Benefits.....................................324
Section 4. Assisted Living Benefits .......................................................325
Section 5. Spine Treatment Benefit ........................................................325
Section 6. Neurological Benefit..............................................................325
Section 7. Life Insurance Benefit ...........................................................325
Section 8. Medicare Supplement ............................................................325
Section 9. Administration.......................................................................325
Section 10. NFLPA Review.....................................................................325

**ARTICLE 63A NON-VESTED FORMER PLAYER WELLNESS PLAN....... 326**
Section 1. Maintenance..........................................................................326
Section 2. Administration.......................................................................326

**ARTICLE 64 BENEFITS ARBITRATOR........................................................ 327**
Section 1. Selection................................................................................327
Section 2. Compensation........................................................................327
Section 3. Role ......................................................................................327

**ARTICLE 65 MUTUAL RESERVATION OF RIGHTS:
LABOR EXEMPTION ..................................................................................... 329**
Section 1. Rights Under Law ..................................................................329

**ARTICLE 66 DURATION OF AGREEMENT............................................... 330**
Section 1. Effective Date/Expiration Date...............................................330
Section 2. Termination Due To Collusion................................................330

**ARTICLE 67 GOVERNING LAW AND PRINCIPLES ...................................331**
Section 1. Governing Law.......................................................................331
Section 2. Parol Evidence.......................................................................331
Section 3. Mutual Drafting......................................................................331
Section 4. Headings................................................................................331
Section 5. Binding Effect .......................................................................331

Section 6. Authorization................................................................331
Section 7. Appendices and Exhibits ...........................................331
Section 8. Time Periods...............................................................331
Section 9. Modification................................................................331
Section 10. Delivery of Documents............................................331

**ARTICLE 68 NOTICES** ........................................................ **332**

**ARTICLE 69 RETENTION OF BENEFITS**.................................... **333**

**APPENDIX A NFL PLAYER CONTRACT**....................................... **334**

**APPENDIX B FIRST REFUSAL OFFER SHEET**............................ **344**

**APPENDIX C FIRST REFUSAL EXERCISE NOTICE** ................... **345**

**APPENDIX D WAIVER OF FREE AGENT RIGHTS** ..................... **346**

**APPENDIX E EXAMPLES OF CAP PERCENTAGE AVERAGE FRANCHISE AND TRANSITION TENDER CALCULATIONS**.................. **347**

**APPENDIX F ACCOUNTANTS' REVIEW PROCEDURES** ......................... **348**

**APPENDIX G OFFSEASON WORKOUT RULES** .......................... **357**

**APPENDIX H NOTICE OF TERMINATION**.................................. **359**

**APPENDIX I WRITTEN WARNING GOOD FAITH EFFORT**.................... **360**

**APPENDIX J PRACTICE SQUAD PLAYER CONTRACT**.............................. **361**

**APPENDIX K STANDARD MINIMUM PRESEASON PHYSICAL EXAMINATION**........................................................... **373**

**APPENDIX L INJURY GRIEVANCE SETTLEMENT** ................... **376**

**APPENDIX M CHECK-OFF AUTHORIZATION FOR NFLPA DEDUCTIONS** ........................................................................ **377**

**APPENDIX N ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST METHOD**.......................................................................... **378**

**APPENDIX O HEALTH REIMBURSEMENT PLAN ACTUARIAL ASSUMPTIONS AND FUNDING** ........................................................ **381**

**APPENDIX P OFFSEASON WORKOUT ADDENDUM FOR PLAYER UNDER CONTRACT** ............................................................. **383**

**APPENDIX Q OFFSEASON WORKOUT PROGRAM AND MINICAMP PARTICIPATION AGREEMENT FOR PLAYER UNDER TENDER OR CLUB'S OWN UNRESTRICTED FREE AGENT** ......................................... **384**

**APPENDIX R COMMUNITY RELATIONS / SPONSOR APPEARANCES AND PROMOTIONAL ACTIVITIES BY PLAYER UNDER ROOKIE CONTRACT** ........................................................................... **386**

**APPENDIX S STANDARD PLAYER AUTHORIZATIONS**........................... **387**

**APPENDIX T PRO BOWL INJURY TABLE** ...................................................... 395

**APPENDIX U 2020 SCHEDULE OF ON-FIELD FINES** ............................... 397

**APPENDIX V COMPENSATORY DRAFT SYSTEM**.................................... 399

**APPENDIX W NFL HEAD, NECK AND SPINE COMMITTEE'S CONCUSSION DIAGNOSIS AND MANAGEMENT PROTOCOL** .............. 404

**APPENDIX X NFL PLAYER SCIENTIFIC & MEDICAL RESEARCH PROTOCOL**........................................................................................................ 424

**APPENDIX Y NEUROCOGNITIVE BENEFIT RELEASE AND COVENANT NOT TO SUE** ............................................................................ 432

**APPENDIX Z [INTENTIONALLY OMITTED]** ............................................ 434

**APPENDIX AA MEDIA KICKER SLOTTED PLAYER COST PERCENTAGE METHODOLOGY**..................................................................... 435

**APPENDIX BB PLAYER NOTIFICATION FORM CLUB PHYSICIAN DIAGNOSIS AND PRESCRIPTION SUMMARY**............................................ 438

**APPENDIX CC OWNED AND OPERATED BUSINESSES**.......................... 439

## PREAMBLE

This Agreement, which is the product of bona fide, arm's length collective bargaining, is made and entered into as of the 15th day of March, 2020 in accordance with the provisions of the National Labor Relations Act, as amended, by and between the National Football League Management Council ("Management Council" or "NFLMC"), which is recognized as the sole and exclusive bargaining representative of present and future employer member Clubs of the National Football League ("NFL" or "League"), and the National Football League Players Association ("NFLPA"), which is recognized as the sole and exclusive bargaining representative of present and future employee players in the NFL in a bargaining unit described as follows:

1.      All professional football players employed by a member club of the National Football League;

2.      All professional football players who have been previously employed by a member club of the National Football League who are seeking employment with an NFL Club;

3.      All rookie players once they are selected in the current year's NFL College Draft; and

4.      All undrafted rookie players once they commence negotiation with an NFL Club concerning employment as a player.

# ARTICLE 4
# NFL PLAYER CONTRACT

**_Section 1._ Form:**

(a)      All player signings during the term of this Agreement shall consist of (a) the .pdf NFL Player Contract Form attached hereto as Appendix A (which may not be modified in the form itself); and (b) any attachment submitted therewith containing any changes agreed to between the Club and player in a player's contract consistent with the provisions of the CBA, pursuant to Subsection 3(a) below (collectively, the ".pdf Player Contract"). Any such attachment shall be paginated, and each page of any such attachment shall be initialed by the player and the Club. The provision of any Player Contract or copy thereof as required by the CBA (for example, without limitation, as required by Article 4, Section 5 and Article 26, Section 7) may be effectuated by email transmission of the complete .pdf Player Contract to the NFL (nflwaivers@nfl.com) or the NFLPA (Mark.Levin@nflpa.com), as applicable. Any reference to the "NFL Player Contract" herein shall apply equally to the .pdf NFL Player Contract Form attached hereto as Appendix A, with respect to any player signing on or after March 15, 2020.

**_Section 2._ Term:** The NFL Player Contract shall expire on the last day of the last League Year subject to such Contract.

**_Section 3._ Changes:**

(a)      Notwithstanding Section 1 above, changes may be agreed to between a Club and a player in a player's contract consistent with the provisions of this Agreement.

(b)      The NFL Player Contract shall provide that the player waives and releases: (i) any antitrust claims relating to the Draft, restrictions on free agency, franchise player designations, transition player designations, the Entering Player Pool, or any other term or condition of employment relating to conduct engaged in prior to the date of this Agreement; and (ii) any claims relating to conduct engaged in pursuant to the express terms of any  collective bargaining agreement during the  term of any  such agreement except for claims pursued through a grievance or arbitration under this Agreement.

**_Section 4._ Conformity:**

(a)      All Player Contracts signed prior to the execution of this Agreement and in effect during the term of this Agreement shall be deemed amended in such a manner to require the parties to comply with the mandatory terms of this Agreement.

(b)      Any reference in a Preexisting Contract to a player being on the Club's 46-man roster shall be deemed amended to refer to the Club's 48-man roster.

(c)      The parties reserve their rights with respect to the validity of forfeiture provisions in Preexisting Contracts.

(d)      The provisions of Paragraph 4 of the NFL Player Contract (as set forth in Appendix A of this Agreement) shall be deemed to be a part of any Player Contract in effect during the term of this Agreement.

***Section 5.*** **Notices, Prohibitions, etc.:**

      (a)     Any agreement between any player and any Club concerning terms and conditions of employment shall be set forth in writing in a Player Contract as soon as practicable. Each Club shall provide to the NFL a copy of each such Player Contract within two days of the execution of such contract by the player and the Club. The NFL shall provide to the NFLPA a copy of each executed Player Contract it receives from a Club within two business days of its receipt of such Player Contract. It is anticipated that each Club will send a copy of each such Player Contract to the NFL by first class mail the day it is so executed and an electronic scanned version of the fully executed Electronic Contract shall be emailed to the NFL Waivers account and to the player agent no later than two days after execution of the Contract. The NFL will forward the scanned copy of the fully executed Contract to the NFLPA by electronic mail. The NFL shall provide to the NFLPA any salary information received from a Club which is relevant to whether such Player Contract complies with Article 7 and/or Article 13, within two business days following the NFL's receipt of such information. Promptly upon but no later than two business days after the signing of any Veteran with fewer than three Accrued Seasons to a Player Contract, the signing Club shall notify the NFL, which shall notify the NFLPA of such signing.

      (b)     Any agreement between any player or Player Affiliate and any Club or Club Affiliate providing for the player to be compensated by the Club or Club Affiliate for nonfootball-related services shall be set forth in writing as a separate addendum to the player's Player Contract, which addendum shall state the amount of or otherwise describe such consideration. If such an agreement is executed subsequent to the execution of the player's NFL Player Contract, it must be submitted to the NFL as an addendum to that Player Contract within two days of the execution or making of the agreement. The NFL shall provide a copy of such addendum to the NFLPA within two business days of receipt.

      (c)     No Club shall pay or be obligated to pay any money or anything else of value to any player or Player Affiliate (not including retired players) other than pursuant to the terms of a signed NFL Player Contract (or any addendum thereto for nonfootball-related services as described in Subsection 5(b) above). Nothing contained in the immediately preceding sentence shall interfere with a Club's obligation to pay a player deferred compensation earned under a prior Player Contract.

      (d)     In addition to any rights a Club may presently have under the NFL Player Contract, any Player Contract may be terminated if, in the Club's opinion, the player being terminated is anticipated to make less of a contribution to the Club's ability to compete on the playing field than another player or players whom the Club intends to sign or attempt to sign, or another player or players who is or are already on the roster of such Club, and for whom the Club needs Room. This Subsection shall not affect any Club or Club Affiliate's obligation to pay a player any guaranteed consideration.

      (e)     No Player Contract may contain any individually-negotiated term transferring any player intellectual property rights to any Club or Club Affiliate or any Club sponsor.

      (f)     No Club or player may agree upon any Player Contract provision concerning the termination of the contract that is inconsistent with the terms of this Agreement

(including but not limited to the NFL Player Contract, Appendix A hereto), or the provisions of the NFL Constitution and Bylaws as set forth in the attachments to the letter dated March 4, 2020.

*Section 6.* **Commissioner Disapproval:**

(a) If the Commissioner disapproves a Player Contract for any reason, he must inform the NFLPA in writing of the reasons therefore by noon on the date following such disapproval.

(b) In the event the Commissioner disapproves any Player Contract as being in violation of this Article, Article 7, Article 13, or any other provision of this Agreement, the filing of an appeal of such disapproval pursuant to Article 14, Section 5 or Article 15, Section 1 of this Agreement, shall automatically stay the Commissioner's disapproval, and the player shall continue to be free to practice and play for the Club, until the System Arbitrator issues his or her ruling. Provided, however, that in the event such appeal is filed within one week of or after the first scheduled regular season game of the Club: (i) the appeal shall be conducted in an expedited manner and shall be concluded within five days of the filing date of such appeal; and (ii) the System Arbitrator shall issue his or her ruling by the end of such five day period. Provided, further, that, in the event the appeal is filed after the Club's first preseason game, but before the date one week before the Club's first scheduled regular season game: (i) the appeal shall be conducted in an expedited manner and shall be concluded within ten days of the filing date of such appeal; and (ii) the System Arbitrator shall issue his or her ruling by the end of such ten day period. If there is no ruling by the end of the periods prescribed in the preceding two sentences, or, for earlier filed appeals, by the day following the Club's third preseason game, the automatic stay shall be dissolved. If the Commissioner disapproves a Player Contract for any of the reasons stated above on a second occasion for the same player during a given League Year, and determines that such player should not be able to play, there shall be no stay of such disapproval pursuant to this Agreement, unless it is determined that the Commissioner's second disapproval is arbitrary or capricious.

*Section 7.* **NFLPA Group Licensing Program:** The NFL Player Contract shall include, solely for the administrative convenience and benefit of the player and the NFLPA, the provision set forth in Paragraph 4(b) of the NFL Player Contract (Appendix A hereto), regarding the NFLPA Group Licensing Program. Neither the League nor any Club is a party to, or a beneficiary of, the terms of that provision. No Club may enter into any agreement with a Player or a Player Affiliate that is inconsistent with any rights granted to the NFLPA pursuant to Paragraph 4(b) of the NFL Player Contract; provided that this sentence is not intended and shall not be construed to override or restrict the rights granted to the Club and the League pursuant to Paragraph 4(a) of the NFL Player Contract.

*Section 8.* **Good Faith Negotiation:**

(a) In addition to complying with specific provisions in this Agreement, any Club, any player, and any player agent or contract advisor engaged in negotiations for a Player Contract (including any Club extending, and any player receiving, a Required Tender) is under an obligation to negotiate in good faith.

(b)     A Club extending a Required Tender must, for so long as that Tender is extended, have a good faith intention to employ the player receiving the Tender at the Tender compensation level during the upcoming season. It shall be deemed to be a violation of this provision if, while the tender is outstanding, a Club insists that such a player agree to a Player Contract at a compensation level during the upcoming season below that of the Required Tender amount. The foregoing shall not affect any rights that a Club may have under the Player Contract or this Agreement, including but not limited to the right to terminate the contract, renegotiate the contract, or to trade the player if such termination, renegotiation, or trade is otherwise permitted by the Player Contract or this Agreement.

*Section 9.* **Forfeiture of Salary:** Players and Clubs may not agree upon contract provisions that authorize the Club to obtain a forfeiture of any Salary from a player except to the extent and in the circumstances provided in this Section 9. For the avoidance of doubt, Paragraph 5 Salary already earned may never be forfeited, and other Salary already earned may never be forfeited except as expressly provided herein. The maximum permitted forfeitures described below do not in any way obligate any player or Club to agree to any forfeiture.

(a)     **Forfeitable Breach.** Any player who (i) willfully fails to report, practice or play with the result that the player's ability to fully participate and contribute to the team is substantially undermined (for example, without limitation, holding out or leaving the squad absent a showing of  extreme personal hardship); or (ii) is unavailable to the team due to conduct by him that results in his incarceration; or (iii) is unavailable to the team due to a nonfootball injury that resulted from a material breach of Paragraph 3 of his NFL Player Contract; or (iv) voluntarily retires (collectively, any "Forfeitable Breach") may be required to forfeit signing bonus, roster bonus, option bonus and/or reporting bonus, and no other Salary, for each League Year in which a Forfeitable Breach occurs  (collectively, "Forfeitable Salary Allocations"), as set forth below:

(i)     **Training Camp.**  If a player commits a Forfeitable Breach resulting in his absence for six preseason days after the start of training camp, the player may be required to forfeit up to 15% of his Forfeitable Salary Allocations, and up to an additional 1% of his Forfeitable Salary Allocations for each additional preseason day missed after the six days, up to a maximum of 25% of his Forfeitable Salary Allocations. A player who misses five days or less of training camp may not be subject to forfeiture.

(ii)     **Continuing Violation.** If a player commits a Forfeitable Breach resulting in his absence from training camp and such absence continues into the regular season, in addition to the maximum forfeiture permitted by Subsection (i) above, the player may be required to forfeit an additional 25% of the remaining Forfeitable Salary Allocations upon missing the first regular season game. If such absence continues beyond the fourth week of the regular season, the player may be required to forfeit up to his remaining Forfeitable Salary Allocations on a proportionate weekly basis (i.e., one-seventeenth for each missed regular season week after the fourth week).

(iii)     **Regular Season.** If the player is not subject to Subsection (ii) above, and commits a Forfeitable Breach for the first time that League Year during the regular season, the player may be required to forfeit up to twenty-five percent (25%) of his Forfeitable

Salary Allocations upon missing his first regular season game. If player's Forfeitable Breach continues beyond four (4) consecutive weeks, then player may be required to forfeit up to his remaining Forfeitable Salary Allocations on a proportionate weekly basis (i.e., one-seventeenth for each missed regular season week after the fourth week).

(iv) **Postseason.** For the period following the Club's last regular season game through the Club's last postseason game, a player who commits a Forfeitable Breach during such period may be required to forfeit up to 25% of his Forfeitable Salary Allocations for that League Year, subject to Subsection (d) below.

(v) **Second Forfeitable Breach.** If the player commits an initial Forfeitable Breach (including a Forfeitable Breach in training camp) and then commits a second Forfeitable Breach during the regular season or postseason in the same League Year, the player may be required to forfeit immediately the entirety of his remaining Forfeitable Salary Allocations for that League Year.

(vi) **Retirement.** Should a Forfeitable Breach occur due to player's retirement, a Club may demand repayment of all Forfeitable Salary Allocations attributable to the proportionate amount, if any, for the present year and the Forfeitable Salary Allocations for future years. If the player fails to repay such amounts, then the Club may seek an award from the System Arbitrator pursuant to Article 15, for repayment of all Forfeitable Salary Allocations attributable to present and future years. Repayment of Forfeitable Salary Allocations attributable to future League Years must be made by June 1st of each League Year for which each Forfeitable Salary Allocation is attributable. If the player returns to play for the Club in the subsequent season, then the Club must either (a) take the player back under his existing contract with no forfeiture of the remaining Forfeitable Salary Allocations, or (b) release the player and seek repayment of any remaining Forfeitable Salary Allocations for future League Years.

(b) **Forfeitable Salary Allocations.** For the purposes of this Section, the term "Forfeitable Salary Allocations" means: (i) for signing bonus, the Salary Cap allocation for the player's signing bonus for that League Year; and (ii) for roster, option and reporting bonuses that are earned in the same League Year as the Forfeitable Breach, the allocation of such bonus for that League Year, out of the total amount of such bonus as allocated over that League Year and any remaining League Years in the player's contract, notwithstanding the Salary Cap treatment of such bonuses. For example, without limitation, if a player has a $1 million roster bonus that is earned in the same year the player committed a Forfeitable Breach, then, regardless of when that roster bonus is to be paid, that bonus is attributable to the same year as the Forfeitable Breach; if the player has that year and one additional year remaining on his contract, then $500,000 of the roster bonus will be allocated to each of those years for purposes of any potential forfeiture calculation. If the Forfeitable Breach occurs in the second League Year in this example (i.e., the League Year after the roster bonus in this example is earned), there shall be no forfeiture of any portion of such roster bonus.

(c) **Proportionate Forfeiture.** For purposes of this Section, a "proportionate" amount means one-seventeenth of the Forfeitable Salary Allocations for that League Year for each regular season week missed.

(d) **Maximum Forfeitable Salary.** Under this Section, and without limitation, under no circumstances may a player be required to forfeit more than 100% of his

Forfeitable Salary Allocations for each League Year in which he commits a Forfeitable Breach. With respect to roster bonus, option bonus and reporting bonus, a forfeiture may only occur if the Forfeitable Breach occurs in the same League Year in which the bonus is scheduled to be earned.

(e)     **Policy Violations.**

(i)     Player Contracts may not contain individually negotiated provisions for forfeiture relating to violations of the Policy on Performance-Enhancing Substances (formerly known as the Policy on Anabolic Steroids and Related Substances) or the NFL Policy and Program on Substances of Abuse, or for failing any drug test. A player suspended by the League pursuant to either of those policies for a period encompassing regular season or postseason games shall be required to forfeit any Forfeitable Salary Allocations on a proportionate weekly basis.

(ii)     Any reference in a Player Contract to the Policy on Anabolic Steroids and Related Substances shall be deemed also to encompass reference to the Policy on Performance-Enhancing Substances and any amendments thereto; any reference in a Player Contract to the Policy and Program for Substances of Abuse shall be deemed also to encompass reference to the Policy and Program on Substances of Abuse and any amendments thereto.

(f)     **Offseason.** Salary may not be subject to forfeiture for missing voluntary offseason programs or voluntary minicamps, provided that the Club may have non-proratable participation bonuses for its offseason workout program.

(g)     **Voiding of Guarantees.** Notwithstanding any other provision of this Section 9, a Club and player may negotiate the circumstances under which the guarantee of any unearned Salary (including, without limitation, Paragraph 5 Salary and/or future year roster bonuses, option bonuses or reporting bonuses) may be voided. This Subsection (g) only applies to the guarantee aspect of the contract provision, and not to the amount that can be earned, and in no way expands the permissible scope of Forfeitable Salary under this Section.

(h)     **Deduction/Payment.** Recovery of any forfeiture under this Section may be made from any payments owed to a player under any NFL Player Contract with the Club claiming the forfeiture, from any salary, bonus installments, Performance-Based Pay, Postseason Pay, Severance Pay or Termination Pay otherwise owed by the claiming Club. If the player challenges such recovery by filing a proceeding before the System Arbitrator, the Club shall be required to put the disputed sums in escrow pending receipt of a final award. The assignment and/or termination of a player's contract after events triggering the forfeiture shall not result in any waiver of the assigning or terminating Club's right to seek to recover the full amount of any forfeiture.

(i)     **2006 CBA.** This Section is intended to supersede Section 9 of Article XIV of the 2006 Collective Bargaining Agreement, and to overrule the decision in the proceeding under that Prior Agreement involving Plaxico Burress to the extent that the provisions in this Section 9 alter that decision with respect to Player Contracts entered into on or after July 25, 2011.

(j)     **Dispute Resolution.** Any disputes regarding this Section, including any dispute regarding a player's failure to repay Salary pursuant to this Section, shall be resolved exclusively by the System Arbitrator under the provisions of Article 15.

(k)    **Club Discretion.** Except as provided in Subsection (e), any attempt to seek or collect a forfeiture from a player shall be solely in the Club's discretion, and any failure by a Club to seek a forfeiture from a player under this Section shall not be deemed a violation of any provision of this Agreement.

(l)    **Contract Provision.** It shall be permissible for a player and Club to agree in a Player Contract as follows: "Player shall be subject to forfeiture of Salary to the maximum extent permitted under Article 4, Section 9 of the governing Collective Bargaining Agreement." A player is not in any way obligated to agree to any such forfeiture clause, or any lesser forfeiture permitted by this Section.

*Section 10.* **Return of Advanced Paragraph 5 Salary:** A player and Club may agree to the circumstances in which a player shall have to return any advanced Paragraph 5 Salary, so long as such agreement does not affect the player's ability to eventually earn such Paragraph 5 Salary by performing his services for the regular season week(s) in question. Nothing in this Section shall be construed to address the circumstances in which players are or are not entitled to Paragraph 5 Salary for such week(s).

## ARTICLE 20
## OTHER PROVISIONS

*Section 1.* **CFL Rule:** No Club may sign any player who in the same year has been under contract to a Canadian Football League ("CFL") club at the end of that CFL club's season (regular season or postseason, whichever is applicable).

*Section 2.* **Physically Unable to Perform:** Any player placed on a Physically Unable to Perform list ("PUP") will be paid his full Paragraph 5 Salary while on such list. His contract will not be tolled for the period he is on PUP, except in the last year of his contract, when the player's contract will be tolled if (i) he is still physically unable to perform his football services as of the sixth regular season game; and (ii) he is not reinstated to the Club's Active/Inactive List during that regular season or postseason. For the avoidance of doubt, if the player returns to practice, but is never reinstated to the Club's Active/Inactive List during that regular season or postseason, his contract will toll.

*Section 3.* **Nonfootball Injury:**
      (a)     A player who is placed on a Nonfootball Injury or Illness list ("N-F/I") will not be entitled to any compensation under his contract while on such list but, except as provided below, his contract will continue to run while in such status.
      (b)     A player on N-F/I who is in the final year of his contract (including an option year) will have his contract tolled. However, if the player is physically able to perform his football services on or before the sixth regular season game, the Club must pay the player his negotiated Paragraph 5 Salary (pro rata) for the balance of the season in order to toll such player's contract. If such player is taken off N-F/I during the period when such action is allowed by League rules, his contract will not be tolled.

*Section 4.* **Roster Exemption:**
      (a)     **Certain Players Not Under Contract.** After the final roster reduction a Club must agree in writing with an unsigned player who is either an Unrestricted Free Agent, Transition Player, or Franchise Player, prior to signing a Player Contract with such player, on what compensation, if any, the player will be paid if he is placed in a roster exempt status.
      (b)     **Players Under Contract.** If a Club obtains a roster exemption for a player under contract who does not report to his Club at least five days before the final day of Preseason Training Camp as defined in Article 23, Section 10, the player will not be entitled to preseason or regular season compensation until such exemption is removed, provided the player is given written notice of such fact upon reporting to the Club. If such notice is not given to the player, the player must be paid his Paragraph 5 Salary during his exemption.
      (c)     **Restricted Players.** Any player whose contract has expired and who either (i) has two but less than three Accrued Seasons or (ii) is a Restricted Free Agent pursuant to Article 9, Section 2, and who has been given the Required Tender pursuant to Article 8, Section 2, or Article 9, Sections 2(b)(i) or (ii), and who has not signed a contract

and has not reported to his Club's preseason training camp, may be placed on the roster exempt list of his Club under the following conditions:

(i) If the player has not reported at least the day before the Club's second preseason game, he may be placed on roster exempt until the day following the Club's first regular season game.

(ii) If the player has not reported at least the day before the Club's third preseason game, he may be placed on roster exempt until the day following the Club's second regular season game.

(iii) If the player has not reported at least the day before the Club's fourth preseason game, he may be placed on roster exempt until the day following the third regular season game scheduled after the date he actually reports.

(iv) Any roster exemption imposed under this Subsection (c) shall commence with the first game immediately after a Restricted Free Agent reports and signs a Player Contract during the pendency of any League-imposed suspension.

(v) Any roster exemption imposed under this Subsection (c) shall continue for its full duration after any trade of the player to another Club.

(vi) Any player who is placed on the roster exempt list of his Club pursuant to Section 4(c) shall be entitled to full compensation from his Club for any week in which his Club has a "bye" after the date he reports, but while he is still on the roster exempt list. Thus, any such player may not lose more than three weeks of Paragraph 5 Salary as a result of being placed on the roster exempt list. This Subsection shall not affect the number of regular season games for which the player can be placed on the roster exempt list, and thus for which the player may not play for his Club, in accordance with Subsections (i)–(iii) above. Nothing herein shall affect any right or obligation the player or Club otherwise may have concerning compensation to the player.

(vii) No player may be placed on roster exempt under this Section 4(c) unless the Club has provided written notice to the player and the NFLPA of its intent to place the player on roster exempt at least five days prior to the Club's second preseason game. Once such written notice is provided, the Club must place the player on roster exempt in accordance with Subsections (i)–(iii) above.

(viii) For purposes of this Article, extra preseason games such as the Canton Hall of Fame Game and the American Bowl shall not count.

(ix) When placed on roster exempt pursuant to this Section, the player shall not be entitled to compensation.

(d) Except as provided in Subsection (c) above, for purposes of this Section, roster exemptions shall be for no more than two weeks of the regular season.

*Section 5.* **Other Professional Leagues:** No player who is under contract in another football league is eligible to sign an NFL Player Contract or a Practice Squad Player Contract until the termination or expiration of his contract in the other league.

# ARTICLE 43
# NON-INJURY GRIEVANCE

*Section 1.* **Definition:**  Any dispute (hereinafter referred to as a "grievance") arising after the execution of this Agreement and involving the interpretation of, application of, or compliance with, any provision of this Agreement, the NFL Player Contract, the Practice Squad Player Contract, or any applicable provision of the NFL Constitution and Bylaws or NFL Rules pertaining to the terms and conditions of employment of NFL players, will be resolved exclusively in accordance with the procedure set forth in this Article, except wherever another method of dispute resolution is set forth elsewhere in this Agreement.

*Section 2.* **Initiation:**  A grievance may be initiated by a player, a Club, the Management Council, or the NFLPA. A grievance must be initiated within fifty (50) days from the date of the occurrence or non-occurrence upon which the grievance is based, or within fifty (50) days from the date on which the facts of the matter became known or reasonably should have been known to the party initiating the grievance, whichever is later. A player need not be under contract to a Club at the time a grievance relating to him arises or at the time such grievance is initiated or processed.

*Section 3.* **Filing:**  Subject to the provisions of Section 2 above, a player or the NFLPA may initiate a grievance by filing a written notice by certified mail, fax, or electronically via .pdf with the Management Council and furnishing a copy of such notice to the Club(s) involved; a Club or the Management Council may initiate a grievance by filing written notice by certified mail, fax, or electronically via .pdf with the NFLPA and furnishing a copy of such notice to the player(s) involved. The notice will set forth the specifics of the alleged action or inaction giving rise to the grievance. If a grievance is filed by a player without the involvement of the NFLPA, the Management Council will promptly send copies of the grievance and answer to the NFLPA.  The party to whom a Non-Injury Grievance has been presented will answer in writing by certified mail, fax, or electronically via .pdf within ten (10) days of receipt of the grievance.  The answer will set forth admissions or denials as to the facts alleged in the grievance. If the answer denies the grievance, the specific grounds for denial will be set forth.  The answer may also raise the special defenses set forth in Article 30, Section 3, Article 45, Section 6(b) and Article 45, Section 10(b) of this Agreement, if applicable.  The answering party will provide a copy of the answer to the player(s) or Club(s) involved and the NFLPA or the Management Council as may be applicable. See also Section 14 below regarding electronic exchange of Standard Grievance Correspondence.

*Section 4.* **Ordinary and Expedited Appeal:**  If a grievance is not resolved after it has been filed and answered, either the player(s) or Club(s) involved, or the NFLPA, or the Management Council may appeal such grievance by filing a written notice of appeal with the Notice Arbitrator and mailing copies thereof to the party or parties against whom such appeal is taken, and either the NFLPA or the Management Council as may be appropriate. If the grievance involves a suspension of a player by a Club, the player or NFLPA will have the option to appeal it immediately upon filing to the Notice Arbitrator and a hearing

will be held by an arbitrator designated by the Notice Arbitrator within seven (7) days of the filing of the grievance. The NFLPA and the NFL will engage in good faith efforts to schedule grievances involving suspension of a player by a Club prior to the Club's next scheduled game. In addition, the NFLPA and the Management Council will each have the right of immediate appeal and hearing within seven (7) days with respect to four (4) grievances of their respective choice each calendar year. The arbitrator(s) designated to hear such grievances will issue their decision(s) within five (5) days of the completion of the hearing. Pre-hearing briefs may be filed by either party and, if filed, will be exchanged prior to hearing.

*Section 5.* **Discovery and Prehearing Procedures:**

(a)(i)    Any party may seek bifurcation of a grievance to assert a claim of untimeliness. Bifurcation motions shall be presented in writing to the other party and the arbitrator in the moving party's answer or at any time no later than seven (7) days prior to the scheduled hearing on the merits of the grievance. If an arbitrator has not yet been assigned to hear the grievance then the moving party shall file the motion with the Notice Arbitrator, who will decide the motion or assign it to a member of the Non-Injury Grievance Arbitration panel. A party's decision to pursue a bifurcated hearing may not delay the processing of a hearing scheduled on the merits of the grievance. For any motions made at least thirty (30) days before a hearing on the merits of the grievance, the parties will use their best efforts to schedule the bifurcated hearing at least ten (10) days before the scheduled hearing on the merits of the grievance. In any case where a timely motion for bifurcation is made, but a bifurcated hearing is not held, the arbitrator shall decide the issue of timeliness during the hearing on the merits.

(ii)    If a defense of untimeliness is not raised at least seven (7) days before the scheduled hearing on the merits of the grievance, the parties will be precluded from arguing that defense. However, where a party learns of facts supporting the defense fewer than seven days prior to the hearing, during the hearing, or in a post-hearing deposition, the party must present the defense to the opposing party and arbitrator within seven (7) days of when the facts supporting the defense became known or reasonably should have been known to the party.  An assertion at the hearing, or subsequent to the hearing, of a newly-discovered untimeliness defense will enable either party to present additional testimony, including the opportunity to recall witnesses or call new witnesses.

(iii)    If a grievance is ultimately dismissed based on a finding of untimeliness, the arbitrator shall issue a written decision limited to that issue, and such ruling shall be final.

(b)    No later than fourteen (14) days prior to the date set for any hearing, each party will submit to the other copies of all documents, reports and records relevant to the dispute. Failure to submit such documents, reports and records no later than fourteen (14) days prior to the hearing will preclude the non-complying party from submitting such documents, reports and records into evidence at the hearing, but the other party will have the opportunity to examine such documents, reports and records at the hearing and to introduce those it desires into evidence, except that relevant documents submitted to the opposing party less than fourteen (14) days before the hearing will be admissible provided that the proffering party and the custodian(s) of the documents made a good faith effort

to obtain (or discover the existence of) said documents or that the document's relevance was not discovered until the hearing date. In the case of an expedited grievance pursuant to Section 4, such documentary evidence shall be exchanged on or before two (2) days prior to the date set for the hearing unless the arbitrator indicates otherwise.

*Section 6.* **Arbitration Panel:** There will be a panel of four (4) arbitrators, whose appointment must be accepted in writing by the NFLPA and the Management Council. The parties will designate the Notice Arbitrator within ten (10) days of the execution of this Agreement. In the event of a vacancy in the position of Notice Arbitrator, the senior arbitrator in terms of service as a Non-Injury Grievance Arbitrator will succeed to the position of Notice Arbitrator, and the resultant vacancy on the panel will be filled according to the procedures of this Section. Either party to this Agreement may discharge a member of the arbitration panel by serving written notice upon the arbitrator and the other party to this Agreement from July 10 through July 20 of each year, but at no time shall such discharges result in no arbitrators remaining on the panel. If an arbitrator has been discharged, he or she shall retain jurisdiction for any case in which the hearing has commenced. If either party discharges an arbitrator, the other party shall have two (2) business days to discharge any other arbitrator. If the parties are unable to agree on a new arbitrator within thirty (30) days of any vacancy, the Notice Arbitrator shall submit a list of ten (10) qualified and experienced arbitrators to the NFLPA and the Management Council. Within fourteen (14) days of the receipt of the list, the NFLPA and the Management Council shall select one arbitrator from the list by alternately striking names until only one remains, with a coin flip determining the first strike. The next vacancy occurring will be filled in similar fashion, with the party who initially struck first then striking second. The parties will alternate striking first for future vacancies occurring thereafter during the term of this Agreement. If either party fails to cooperate in the striking process, the other party may select one of the nominees on the list and the other party will be bound by such selection.

*Section 7.* **Hearing:**
   (a)  Each arbitrator will designate a minimum of twelve (12) hearing dates per year, exclusive of the period July 1 through September 10 for non-expedited cases, for use by the parties to this Agreement. Upon being appointed, each arbitrator will, after consultation with the Notice Arbitrator, provide to the NFLPA and the Management Council specified hearing dates for such ensuing period, which process will be repeated on a regular basis thereafter. The parties will notify each arbitrator thirty (30) days in advance of which dates the following month are going to be used by the parties. The designated arbitrator will set the hearing on his next reserved date in the Club city unless the parties agree otherwise. If a grievance is set for hearing and the hearing date is then postponed by a party within thirty (30) days of the hearing, the postponement fee of the arbitrator will be borne by the postponing party unless the arbitrator determines that the postponement was for good cause. Should good cause be found, the parties will bear any postponement costs equally. If the arbitrator in question cannot reschedule the hearing within thirty (30) days of the postponed date, the case may be reassigned by the Notice Arbitrator to another panel member who has a hearing date available within the thirty (30) day period. At the hearing, the parties to the grievance and the NFLPA and Management Council will have

the right to present, by testimony or otherwise, and subject to Section 5, any evidence relevant to the grievance. All hearings will be transcribed.

(b) If a witness is unable to attend the hearing, the party offering the testimony shall inform the other party of the identity and unavailability of the witness to attend the hearing. At the hearing or within fourteen (14) days thereafter, the parties will agree upon dates to take testimony of unavailable witnesses, which dates will be within forty-five (45) days of the parties' receipt of the hearing transcript. The record should be closed sixty (60) days after the hearing date unless mutually extended notwithstanding any party's failure to present post-hearing testimony within the above-mentioned time period. If a witness is unavailable to attend the hearing, the witness' testimony may be taken by telephone conference call if the parties agree. In instances in which the parties agree that the material facts giving rise to the grievance are not in dispute, the arbitrator shall have the authority to decide the merits of the case solely on the written submissions of the parties. In cases where the amount claimed is less than $25,000, the parties may agree to hold the hearing by telephone conference call. If either party requests post-hearing briefs, the parties shall prepare and simultaneously submit briefs except in grievances involving non-suspension Club discipline where less than $25,000 is at issue, in which cases briefs will not be submitted, unless requested by the arbitrator.

(c) In each instance in which briefs are not submitted, within fourteen (14) days of the closing of the record, either party may submit to the Arbitrator prior opinions for the arbitrator's consideration in issuing the decision. Briefs must be submitted to the arbitrator no later than sixty (60) days after receipt of the last transcript.

*Section 8.* **Arbitrator's Decision and Award:** The arbitrator will issue a written decision within thirty (30) days of the submission of briefs, but in no event shall he or she consider briefs filed by either party more than sixty (60) days after receipt of the last transcript, unless the parties agree otherwise. The decision of the arbitrator will constitute full, final and complete disposition of the grievance, and will be binding upon the player(s) and Club(s) involved and the parties to this Agreement, provided, however, that the arbitrator will not have the jurisdiction or authority: (a) to add to, subtract from, or alter in any way the provisions of this Agreement or any other applicable document; or (b) to grant any remedy other than a money award, an order of reinstatement, suspension without pay, a stay of suspension pending decision, a cease and desist order, a credit or benefit award under the Bert Bell/Pete Rozelle NFL Player Retirement Plan, or an order of compliance with a specific term of this Agreement or any other applicable document, or an advisory opinion pursuant to Article 39, Section 5(f). In the event the arbitrator finds liability on the part of any party, he or she shall award Interest beginning one year from the date of the last regular season game of the season of the grievance.

*Section 9.* **Time Limits:** Each of the time limits set forth in this Article may be extended by mutual written agreement of the parties involved. If any grievance is not processed or resolved in accordance with the prescribed time limits within any step, unless an extension of time has been mutually agreed upon in writing, either the player, the NFLPA, the Club

or the Management Council, as the case may be, after notifying the other party of its intent in writing, may proceed to the next step.

*Section 10.* **Representation:**  In any hearing provided for in this Article, a player may be accompanied by counsel of his choice and/or a representative of the NFLPA. In any such hearing, a Club representative may be accompanied by counsel of his choice and/or a representative of the Management Council.

*Section 11.* **Costs:**  Subject to Section 7, all costs of arbitration, including the fees and expenses of the arbitrator and the transcript costs, will be borne equally between the parties. Notwithstanding the above, if the hearing occurs in the Club city and if the arbitrator finds liability on the part of the Club, the arbitrator shall award the player reasonable expenses incurred in traveling to and from his residence to the Club city, lodging, and meal expenses in accordance with Article 34.

*Section 12.* **Payment:**  If an award is made by the arbitrator, payment will be made within thirty (30) days of the receipt of the award to the NFL or Club, to the player, or jointly to the player and the NFLPA provided the player has given written authorization for such joint payment. The time limit for payment may be extended by mutual consent of the parties or by a finding of good cause for the extension by the arbitrator. Where payment is unduly delayed beyond thirty (30) days, double Interest will be assessed from the date of the decision. The arbitrator shall retain jurisdiction of the case for the purpose of awarding post-hearing interest pursuant to this Section.

*Section 13.* **Grievance Settlement Committee:**  A grievance settlement committee consisting of representatives of the NFLPA and representatives of the Management Council shall meet annually between the end of the regular season and the annual arbitration scheduling conference. The committee shall engage in good faith efforts to settle or bifurcate any pending grievances. No evidence will be taken at such meetings, except parties involved in the grievance may be contacted to obtain information about their dispute. If the committee resolves any grievance by mutual agreement of its members, such resolution will be made in writing and will constitute full, final and complete disposition of the grievance and will be binding upon the player(s) and the Club(s) involved and the parties to this Agreement.

*Section 14.* **Standard Grievance Correspondence:**
       (a)     Standard Grievance Correspondence is defined as and includes the following documents: Injury and Non-Injury Grievance filings; answers; appeals; arbitration selection letters; hearing setup letters; discovery letters and documents; correspondence regarding neutral physician examination(s), including requests by the neutral physician for tests, films or other documents; hearing, deposition, or other general scheduling letters; withdrawal letters; pre- and post-hearing briefs; and settlement and release agreements.
       (b)     Standard Grievance Correspondence may be sent via .pdf e-mail; all parties shall use their best efforts to send Standard Grievance Correspondence via e-mail.

(c)     The NFL and NFLPA will provide each other with a list of designated e-mail addresses for the receipt of Standard Grievance Correspondence. The subject line of any Standard Grievance Correspondence sent via e-mail shall include the full name of the player(s), the name of the Club(s) involved and the date of filing.

(d)     The parties shall agree to additional procedures to govern the electronic transmission of Standard Grievance Correspondence, as may be warranted.